Ruth A. Shapiro, 9356
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah  84111
Telephone:  (801) 323-5000
ruth.shapiro@chrisjen.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DENNIS J. NELSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LOGAN WEST MINING SUPPLY & SERVICE, LLC, a Utah limited liability company, and LOGAN CORPORATION, a West Virginia corporation, and DOW WAITE, an individual,<br><br>Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No.: 2:15-cv-00592-DAK<br><br>Judge Dale A. Kimball |

The Court, having considered the Stipulated Motion for Dismissal with Prejudice submitted by the parties, and for good cause appearing, hereby GRANTS the Motion.

IT IS HEREBY ORDERED that this case is dismissed with prejudice, and without costs to either party.

- 2 -

DATED this 21st day of September, 2016.

                              UNITED STATES DISTRICT COURT

                              _____

                              Honorable Dale A. Kimball

APPROVED AS TO FORM:

STAVROS LAW P.C.


*/s/ Andrew W. Stavros – signed with permission*
Andrew W. Stavros
*Attorneys for Plaintiff*